THE MACEY COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Macey Co.* v. *City of New York*, 144 App. Div. 408, affirmed. (Submitted March 5, 1913; decided March 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover a balance alleged to be due under a contract.

*Burt D. Whedon* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *John F. Collins* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ.